```
              IN THE UNITED STATES DISTRICT COURT
          FOR THE EASTERN DISTRICT OF PENNSYLVANIA

BRENDA GADDIS                    :           CIVIL ACTION
                                 :
          v.                     :
                                 :
BRANDYWINE SENIOR CARE, INC.     :
d/b/a BRANDYWINE SENIOR LIVING   :
AT HAVERFORD ESTATES             :           NO. 18-2479
```

ORDER

AND NOW, this 10th  day of September, 2019, for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that the motion of defendant for summary judgment (Doc. # 18) is GRANTED in part and DENIED in part as follows:

(1)  the motion is DENIED with respect to plaintiff's age discrimination claims under the Age Discrimination in Employment Act, 29 U.S.C. §§ 621 et seq. and the Pennsylvania Human Relations Act, 43 Pa. Stat. §§ 951 et seq; and

(2)  the motion is GRANTED with respect to plaintiff's disability discrimination claims under the Americans with Disabilities Act, 42 U.S.C. §§ 12101 et seq. and the Pennsylvania Human Relations Act, 43 Pa. Stat. §§ 951 et seq.

                              BY THE COURT:


                              /s/ Harvey Bartle III
                                                    J.